### IN THE CIRCUIT COURT OF ST. LOUIS CITY
### STATE OF MISSOURI

| | |
|---|---|
| DORA PELLETIER, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) Case No. 2422-CC11686 |
| SAINT LOUIS UNIVERSITY and SSM HEALTH CARE GROUP, | ) ) ) ) |
| Defendants. | ) ) |

### NOTICE TO STATE COURT OF THE
### FILING OF THE NOTICE OF REMOVAL

Pursuant to 28 U.S.C. § 1446(d), Defendants SSM Health Care Group d/b/a SLUCare Physician Group and Saint Louis University (together, "Defendants") hereby notify this Court that on January 8, 2025, Defendants filed a Joint Notice of Removal in the United States District Court for the Eastern District of Missouri, thereby removing this civil action to that United States District Court.

According to 28 U.S.C. § 1446(d), the Circuit Court for St. Louis City, Missouri, shall proceed no further with this civil action which is denominated as Case No. 2422-CC11686.

Dated: January 8, 2025

Respectfully submitted,

UB GREENSFELDER LLP

By: __/s/ Katie L. Fechte__
Amy L. Blaisdell, #51068
Katie L. Fechte, #67927
10 S. Broadway, Suite 2000
St. Louis, MO 63102
T: (314) 241-9090
F: (314) 241-8624
ablaisdell@ubglaw.com
kfechte@ubglaw.com

*Attorneys for Defendant SSM Health Care Group*

**EXHIBIT D**

          LEWIS RICE LLC

By:   /s/ Jerina D. Phillips
Neal F. Perryman, #43057MO
Jerina D. Phillips #65103MO
600 Washington Avenue, Suite 2500
St. Louis, MO 63101
(314) 444-7661
(314) 612-7661 (facsimile)
nperryman@lewisrice.com
jphillips@lewisrice.com

***Attorneys for Saint Louis University***