IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI

DORA PELLETIER,                          )
                                         )
                Plaintiff,               )
                                         )
vs.                                      )        Case No.
                                         )
SAINT LOUIS UNIVERSITY and               )        Removed from the Circuit Court of St. Louis
SSM HEALTH CARE GROUP,                    )        City, Case No. 2422-CC11686
                                         )
                Defendants.              )

### NOTICE TO PLAINTIFF OF THE
### FILING OF THE NOTICE OF REMOVAL

Pursuant to 28 U.S.C. § 1446(d), you are hereby notified that on January 8, 2025, Defendants SSM Health Care Group d/b/a SLUCare Physician Group and Saint Louis University filed a Notice of Removal in the United States District Court for the Eastern District of Missouri, thereby removing this civil action to that United States District Court.

According to 28 U.S.C. § 1446(d), the Circuit Court for St. Louis City, Missouri, shall proceed no further with this civil action which is denominated as Case No. 2422-CC11686.

Dated:  January 8, 2025                          Respectfully submitted,

                                                 UB GREENSFELDER LLP

                                                 By:   /s/ Amy L. Blaisdell
                                                       Amy L. Blaisdell, #51068
                                                       Katie L. Fechte, #67927
                                                       10 S. Broadway, Suite 2000
                                                       St. Louis, MO 63102
                                                       T: (314) 241-9090
                                                       F: (314) 241-8624
                                                       ablaisdell@ubglaw.com
                                                       kfechte@ubglaw.com

                                                 ***Attorneys for Defendant SSM Health Care
                                                 Group***



EXHIBIT

E

LEWIS RICE LLC

By:   /s/ Jerina D. Phillips
       Neal F. Perryman, #43057MO
       Jerina D. Phillips #65103MO
       600 Washington Avenue, Suite 2500
       St. Louis, MO 63101
       (314) 444-7661
       (314) 612-7661 (facsimile)
       nperryman@lewisrice.com
       jphillips@lewisrice.com

*Attorneys for Saint Louis University*