IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| DORA PELLETIER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No.  25-cv-00025-HEA |
| | ) |
| SAINT LOUIS UNIVERSITY and | ) |
| SSM HEALTH CARE GROUP, | ) |
| | ) |
| Defendants. | ) |

### DEFENDANTS' OPPOSITION TO PLAINTIFF'S "CONSENT MOTION FOR ADDITIONAL TIME FOR PARTIES TO FILE JOINT-PROPOSED SCHEDULING PLAN"

COME NOW SSM Health Care Group ("SSMHCG") and Saint Louis University ("SLU"), by and through their undersigned counsel, and with their Opposition to Plaintiff's "Consent Motion for Parties to File Joint-Proposed Scheduling Plan," which seeks a stay of the deadline to file a proposed scheduling plan until after this Court rules on Plaintiff's Motion to Stay (Dkt. 23). In support of this Opposition, Defendants state the following:

1. On Thursday, March 6, 2025, Plaintiff's counsel, Jessica Scales, emailed some (but not all) of the attorneys of record for Defendants the following message: "Good afternoon, all. I am going to request additional time to reply to SLU's Opp to the Motion for a Stay **and more time to get together the scheduling order**.  Please let me know if you oppose or agree to these extension requests" (bold emphasis added).

2. Ms. Scales did not specify in her email that she was attaching draft motions to her email and in particular did not point out that in her "Motion for Additional Time for Parties to File Joint-Proposed Scheduling Plan" she was actually seeking a stay of the deadline to file the joint proposed scheduling plan until after the Court ruled on Plaintiff's Motion to Stay.

3. SSM's counsel was traveling for a mediation and reviewed the email on a mobile device, which did not reflect the attachments. SSM's co-counsel, Katie Fechte, was not copied on the email. Believing that the request was as described in Ms. Scales email – "more time to get together the scheduling order" – and in an effort to be professionally courteous given the impending March 7th deadline to file the proposed scheduling plan, Ms. Blaisdell responded stating that SSM would consent to Plaintiff's described request. Ms. Phillips, counsel for SLU, followed Ms. Blaisdell's email also consenting to the request for additional time.

4. Plaintiff's counsel then filed the "Consent Motion for Additional Time to file Joint Proposed Scheduling Plan" on March 7, 2025, in which she asked the Court to stay the deadline to file a proposed scheduling plan until after the Court rules on the Motion to Stay.

5. The undersigned counsel immediately contacted Plaintiff's counsel and explained that SSMHCG did not consent to stay of the deadline pending the Court's ruling on the Motion to Stay, but rather understood Ms. Scales to be merely requesting additional time to get together the proposed plan as indicated in her email. Ms. Phillips immediately notified Ms. Scales that SLU likewise did not consent to stay the deadline to file the joint proposed scheduling plan. On Monday, March 10th, Ms. Blaisdell asked Plaintiff's counsel to withdraw and/or clarify the record, but Plaintiff's counsel has refused and stated they will not do so.

6. Accordingly, Defendants move the Court to deny Plaintiff's "Motion for Additional Time to File Joint-Proposed Scheduling Plan" and to order that the parties filed a proposed scheduling plan by Thursday, March 13, 2025.

7. Additionally, it is Defendant's position that the Scheduling Conference scheduled for March 14, 2025 should proceed as ordered by the Court.

4904-0559-8502, v. 1

Dated: March 10, 2025

Respectfully submitted,

| | |
|---|---|
| UB GREENSFELDER LLP | LEWIS RICE LLC |
| By: /s/ Amy L. Blaisdell | By: /s/ Jerina Phillips (by consent) |
| Amy L. Blaisdell, #51068<br>Katie L. Fechte, #67927<br>10 S. Broadway, Suite 2000<br>St. Louis, MO 63102<br>T: (314) 241-9090<br>F: (314) 241-8624<br>ablaisdell@ubglaw.com<br>kfechte@ubglaw.com | Neal F. Perryman<br>Jerina D. Phillips<br>600 Washington Avenue, Suite 2500<br>St. Louis, MO 63101<br>T: (314) 444-1302<br>F: (314) 612-1302<br>nperryman@lewisrice.com<br>jphillips@lewisrice.com |
| ***Attorneys for SSM Health Care Group*** | ***Attorneys for Defendant Saint Louis University*** |

## CERTIFICATE OF SERVICE

I certify that on the 10th day of March, 2025, a true and correct copy of the foregoing was electronically filed using the CM/ECF filing system which provided notice to the following counsel of record:

Jessica M. Scales
Erin Elizabeth Austin
SEDEY HARPER WESTHOFF, P.C.
2711 Clifton Ave.
St. Louis, MO 63139
jscales@sedeyharper.com
eaustin@sedeyharper.com

***Attorneys for Plaintiff***

    /s/ Amy L. Blaisdell

3

4904-0559-8502, v. 1